**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Randy VELLEFF, Defendant–**
**Appellant.**

**No. 04–1951.**

United States Court of Appeals,
Seventh Circuit.

Nov. 18, 2005.

David E. Bindi and Michael Lang, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Donna A. Hickstein–Foley, Foley & Foley, Chicago, IL, for Defendant–Appellant.

Before POSNER, WOOD, and WILLIAMS, Circuit Judges.

**ORDER**

Randy Velleff was sentenced to 430 months' imprisonment for robbery, 18 U.S.C. § 1951, and gun and drug crimes, *id.* § 924(c)(1)(A); 21 U.S.C. §§ 841(a)(1), 846. On appeal he argued that the district court erred by sentencing him under the mandatory sentencing guidelines, *see United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), so we ordered a limited remand to ask if the court would have given him the same sentence had it known the guidelines were advisory, *United States v. Paladino,* 401 F.3d 471, 484 (7th Cir.2005). The court answered that it would have given him a lighter sentence. Consequently, the government concedes that Velleff's sentence must be vacated. We agree.

VACATED and REMANDED.